UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| Antoinette C. Taylor, *et al.*, ) | CIVIL ACTION NO. 3:13CV-259-S |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| 3B Enterprises, LLC d/b/a 3B Holdings ) | |
| Company, Inc., & Home Instead Senior Care as ) | |
| State actors with State actions; ) | |
| Rebecca (a.k.a. Becky) J. Beanblossom, ) | |
| Individually as a Private actor ) | |
| and in her capacity as Owner & an employee of ) | |
| Home Instead Senior Care; ) | |
| Brent C. Beanblossom, Individually as a Private ) | |
| actor and in his capacity as Co-Owner & an ) | |
| employee of Home Instead Senior Care; ) | |
| Kim Little, Individually as a Private actor and in ) | |
| her capacity as Director of Client Care and ) | |
| on-call manager & an employee of ) | |
| Home Instead Senior Care, inclusive, ) | |
| ) | |
| Defendants. ) | |

\* \* \* \* \* \* \* \* \*

### ANTOINETTE C. TAYLOR'S MOTION FOR RECUSAL OF MAGISTRATE JUDGE JAMES D. MOYER AND SENIOR JUDGE CHARLES R. SIMPSON, III

Pursuant to Title 28 U.S.C. §§ 144 and 455, comes now, Plaintiff Antoinette C. Taylor,

*pro se*, individually, and moves to recuse the Honorable James D. Moyer and Honorable

Charles R. Simpson, III from all further proceedings for the reasons that the United States District Judges are biased and prejudiced against Plaintiff solely because of her race and color, African-American and for the further reason that they are biased and prejudiced against *pro se* litigants who are seeking justice and fairness and attempting to exercise their constitutional rights and desiring to experience due process as evidenced by the continuously delay of the Rule 16 Scheduling Conference, ongoing display of favoritism toward Defendants' counsel Katharine C. Weber, interference with Plaintiff's motions on filed as reflected on the record, stay of discovery, and for the further reason that they are biased and prejudiced against *pro se* litigants in the context alleging claims against home health agencies, and other types of business for racial discrimination. They are in violation of Canon 1, 2, and 3 of the Federal Code of Judicial Conduct, all as more particularly appears in the Affidavit of Bias and Prejudiced submitted herewith.

WHEREFORE, Plaintiff respectfully moves and prays that both Honorable James D. Moyer and Charles R. Simpson, III remove and disqualify themselves as judges, or that the instant motion be heard by a judge other than U.S. District Judge Charles R. Simpson, III and Magistrate Judge James D. Moyer pursuant to the doctrine of Johnson v. District Court, 674 P.2d 952 (1984), to the end that another judge be assigned to hear and try all matters in the instant case. This is the 25th day of February 2014.

Respectfully submitted,

By: _____
Antoinette C. Taylor, Plaintiff in *Pro Se*
1082 Dotland Circle
Shelbyville, Kentucky 40065
502.437.5375

Page 2 of 4

## VERIFICATION AND AFFIDAVIT

COMMONWEALTH OF KENTUCKY
COUNTY OF SHELBY

Before me, the undersigned authority, personally came and appeared the affiant named below, whom, being first dully sworn upon oath, disposed, and said that she has read the above and foregoing document and knows the contents thereof, and that all statements of fact contained therein are true.

This is the 25th day of February 2014.

Antoinette C. Taylor, Affiant

Subscribed and sworn to before me, this _25th_ day of February 2014.

Notary Public, Kentucky, State-at-Large

My Commission Expires: September 19, 2015

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by regular U.S. Mail on this _25th_ day of _February_, 2014, to the following:

Katharine C. Weber, Esq.
Jackson Lewis, LLP
201 E. Fifth Street, 26th Floor
PNC Center
Cincinnati, Ohio 45202
*Counsel for Defendants*
*3B Enterprises, LLC d/b/a*
*3B Holdings Company, Inc., and Home Instead Senior Care,*
*Rebecca J. Beanblossom, Brent C. Beanblossom, and Kim Little*

Antoinette C. Taylor, Plaintiff in *Pro Se*

## Proposed Order Granting Plaintiff's Motion to Recuse

Upon consideration of Plaintiff's Motion to Recuse and review of supporting documentation, and after being sufficiently advised, the Court hereby GRANTS Plaintiff's Motion.

This _____ day of _____, 2014.

_____
U.S. District Court Judge

Antoinette C. Taylor
1082 Portland Circle
Shelbyville, KY 40065

Office of the clerk
U.S. District court
106 Gene Snyder U.S. courthouse
601 West Broadway
Louisville, KY 40202-2249